Kerry A. Denton     (CA State Bar Number 147206)
DENTON LAW GROUP
333 H Street, Suite 5000
Chula Vista, CA 91910
Telephone:  (619) 421-1000
Email: kerry@dentonlawgroup.com

Attorney For Debtors

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re:** | ) Case No.: 1601727-LA13 |
| **Jeff M. & HEATHER TAYLOR** | ) |
| | ) **DECLARATION OF DEBTOR IN** |
| | ) **OPPOSITION TO TRUSTEE'S MOTION** |
| **Debtor(s).** | ) **TO DISMISS CHAPTER 13 CASE** |
| | ) |
| | ) Hearing Date: July 7, 2021 |
| | ) Hearing Time: 11:00 AM |
| | ) Department: 2   Room: 118 |
| | )    Jacob Weinberger |
| | )    United States Bankruptcy Court |
| | )    325 West "F" Street |
| | )    San Diego, CA 92101 |
| | ) |
| | ) |
| | ) **Honorable Louise DeCarl Adler** |

I, Heather Taylor, Debtor in the above referenced case, make this declaration in opposition to the Trustee's motion to dismiss chapter 13 case.

1. I have been making my payments and did not realize I was going past the 60 month time line.  The 60 months was March 30, 2021.

2. Upon receiving the Trustee's motion to dismiss, I made a payment to the Chapter 13 trustee in the full pay off amount in May 2021.

3. On Friday, June 4, 2021, I called the Chapter 13 Trustee's Office and spoke with "Cheryl" and "Bernice."  I asked if my attorney was going to have to file an opposition. They confirmed that the payment had been received and I was informed that Mr. Billingslea, Jr. would be reviewing this over the weekend to see if the motion to dismiss should be withdrawn.

4. My attorney had informed me that shortly after I had made the final payment that he emailed the Chapter 13 Trustee's Office to see if an opposition would have to be filed. As of today, my attorney had not received any emails in return. Although, "Bernice" indicated she did not see that email.

4. I understand that my attorney is charging $540.00 for the fees and costs of this opposition and I have no opposition to those fees being made through the Chapter 13 plan, or to the extent that it is easier to pay my attorney directly so as not to impede closing of my case, I agree to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2021                    /S/HEATHER TAYLOR
                                       HEATHER TAYLOR, Debtor